■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BROWN, Appellant. [749 NYS2d 722] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered March 28, 2001, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a

term of 5 to 10 years, unanimously reversed, on the law, and the matter remanded for a new trial.

As the People concede, defendant's request for an agency charge should have been granted. Viewed most favorably to defendant, a reasonable view of the evidence supports that defense (*see People v Lam Lek Chong*, 45 NY2d 64, 74-75, *cert denied* 439 US 935).

In view of this disposition, we need not reach defendant's other claim. Concur—Mazzarelli, J.P., Rosenberger, Rubin and Gonzalez, JJ.